

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br><br><br>Israel CARABEO-Gomez,<br>Fermin CHAPARRO-Carrillo,<br><br><br><br><br><br><br>              Defendants. | Magistrate Docket No. '21 MJ03442<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation |

The undersigned complainant being, duly sworn, states:

On or about August 19, 2021 within the Southern District of California, defendant Israel CARABEO-Gomez and Fermin CHAPARRO-Carrillo, knowingly or in reckless disregard of the fact that certain aliens, namely, Jose Manuel BARTOLON-Barrios, Miguel Ricardo BONIFACIO-Cruz and Ivet CISNEROS-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 20, 2021

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Israel CARABEO-Gomez,
Fermin CHAPARRO-Carrillo

PROBABLE CAUSE STATEMENT

The complainant states that Jose Manuel BARTOLON-Barrios, Miguel Ricardo BONIFACIO-Cruz and Ivet CISNEROS-Garcia, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 19, 2021, Agent Yehl was wearing plain clothes and driving an unmarked Border Patrol vehicle equipped with emergency lights and siren. At approximately 6:56 AM, Agent Yehl responded to the activation of a seismic intrusion device near the East Mesa Juvenile Detention Facility located in Chula Vista, California. Agent Yehl drove by the area two times and was unable to see any movement. At approximately 7:08 AM, The Tactical Communications Center (TCC) again broadcast the activation of the same seismic intrusion device. Agent Yehl decided to drive past the device for a third time and observed at least four individuals emerge from the bush where the device is located and begin to run toward his vehicle. Agent Yehl continued past the area, and parked at the detention facility. Agent Yehl then relayed to agents what he had witnessed, and requested assistance from fellow agents to help survey the area for any vehicle that may be looking to pick up the individuals from the bushes. Border Patrol Agent E. Ortiz responded to the area to assist with surveillance.

At approximately 7:26 AM, a gold Toyota Camry arrived at the detention facility parking lot, and parked approximately 20 yards from Agent Yehl's vehicle. Seconds later, the Camry exited the parking lot, heading back the way it came from. Agent Yehl relayed his observation to Agent Ortiz, who then observed the Camry drive south for a little ways, stop in the middle of the road, drive in reverse a few feet, and then stop again. Agent Ortiz then observed several individuals come out from the bushes on the side of the road and get into the Camry. Agent Ortiz advised agents of her observations and that the vehicle was leaving the area. Agent Ortiz was able to catch up to the Camry, which was heading south on Alta Road.

Border Patrol Agent A. Gumbs was in full duty uniform while operating a marked service vehicle equipped with emergency lights and siren. Agent Gumbs observed the Camry on Alta Rd heading towards an area known to Border Patrol agents as "Triple Nickle." Agent Gumbs caught up to the Camry and noticed that it was weighted down. While Agent Gumbs was acquiring record checks on the Camry, he could see the driver looking back at him in the driver's side mirror. The driver started to pick up speed, at which point Agent Gumbs decided

CONTINUATION OF COMPLAINT:
Israel CARABEO-Gomez,
Fermin CHAPARRO-Carrillo

to attempt to stop the Camry. Agent Gumbs activated his emergency lights and siren as he approached the entrance to Donovan's State Prison. The driver of the Camry immediately accelerated in an attempt to abscond. Agent Gumbs relayed that the Camry was not stopping. The Camry continued through the intersection of Alta Rd and Paseo De La Fuente at a speed of 60-70 miles per hour.

At this time, Supervisory Border Patrol Agent L. Perez and Border Patrol Agent R. Barron drove their vehicles to an area approximately 370 yards west of the Alta Road and Otay Mesa Road intersection to set up a Vehicle Immobilization Device (VID). At approximately 7:31 AM, the Camry rolled over two sets of VID'S that Agent Barron and SBPA Perez deployed, and continued accelerating west on Otay Mesa Road with partially deflated tires. The Camry then turned onto Enrico Fermi Drive. Agent Gumbs positioned his vehicle behind the Camry and was eventually able to successfully perform a Pursuit Intervention Technique (PIT) to bring the Camry to a stop. After the Camry came to a stop, the driver attempted to go in reverse and struck Border Patrol Agent F. Hurtado's vehicle. As the vehicle moved forward, away from his service vehicle, Agent Hurtado exited and ordered the driver to exit. The driver did not comply with Agent Hurtado's instruction and remained within the Camry. Agent Hurtado with the assistance of other agents, were able to extract seven passengers, and the driver, later identified as E.T.C., a juvenile.

Agent Ortiz conducted an immigration inspection on the seven passengers, including two later identified as defendants Israel CARABEO-Gomez and Fermin CHAPARRO-Carrillo. All seven passengers, including three later identified as material witnesses Jose Manuel BARTOLON-Barrios, Miguel Ricardo BONIFACIO-Cruz, and Ivet CISNEROS-Garcia, stated that they are citizens of a country other than the United States without immigration documents allowing them to enter or remain in the United States legally. At approximately 7:33 AM, Agent Ortiz placed the seven passengers, including defendants CARABEO and CHAPARRO and material witnesses BARTOLON, BONIFACIO, and CISNEROS, under arrest. At approximately 7:34 Agent Hurtado placed the driver under arrest.

At the station, defendant CARABEO was advised of his Miranda Rights. CARABEO stated that he understood and was willing to answer questions without an attorney present. CARABEO stated that he worked as smuggler and guided two undocumented immigrants to illegally enter the United States on August 16, 2021, at approximately 7:00 PM. CARABEO stated that he would be financially compensated $1,000.00 USD by each individual in his group in exchange to help them cross illegally into the United States and guide them to be picked up

CONTINUATION OF COMPLAINT:
Israel CARABEO-Gomez,
Fermin CHAPARRO-Carrillo

another group. the second foot guide was on his cellphone speaking to who he thinks was the driver of the vehicle they were waiting for. CARABEO stated that soon after the phone call, a Gray colored Honda drove up near their location and that they all started to run towards the Honda and entered the vehicle. CARABEO stated that he entered the Honda and sat in the back seat along with five other individuals. CARABEO stated that two more individuals entered and sat in the front passenger side seat. CARABEO stated that once everyone in the group entered the Honda, the driver told them to get down in the Spanish language. CARABEO stated that they drove in the vehicle for approximately five minutes before the driver realized that Border Patrol Agents were following them. CARABEO stated that once the driver saw the Emergency Lights of the Border Patrol Vehicle behind them, the driver began to drive faster. CARABEO stated that he and others in the Honda yelled for the driver to stop the car, but the driver told them, "We need to escape". CARABEO stated that he felt the tires on the Honda explode before they came to a complete stop and were apprehended by Border Patrol Agents.

At the station, defendant CHAPARRO was advised of his Miranda Rights. CHAPARRO stated that he understood and was willing to answer questions without an attorney present. CHAPARRO stated that he worked as smuggler and guided three undocumented immigrants to illegally enter the United States on August 16, 2021, at approximately 6:30 PM. CHAPARRO stated that he would be financially compensated $1,000.00 USD by each individual in his group in exchange to help them cross illegally into the United States and guide them to be picked up by a driver and dropped off at Los Angeles, California. CHAPARRO stated another group with three individuals later joined him and one of the individuals was also working as a foot guide and that he knew him from Mexico. CHAPARRO stated that he used google maps on his cellphone to navigate through the mountains and to communicate directly with the driver. CHAPARRO stated that the driver arrived and told all seven individuals to get in the vehicle and drove away at a fast rate of speed. CHAPARRO stated that when Border Patrol agents attempted to pull the vehicle over, the driver failed to yield and started driving recklessly. CHAPARRO stated he asked for the driver to pull over several times, but the driver kept driving at higher speeds attempting to evade agents in the field.

Material Witnesses Jose Manuel BARTOLON-Barrios, Miguel Ricardo BONIFACIO-Cruz and Ivet CISNEROS-Garcia admitted to being citizens of Mexico, illegally present in the United States. Material witnesses BARTOLON, BONIFACIO and CISNEROS admitted to not possess the proper documentation to enter, pass through, or remain in the United States legally. Material witnesses BARTOLON, BONIFACIO and CISNEROS admitted making smuggling arrangements and agreed to pay fees ranging between $9,000.00- 18,000.00 USD.

CONTINUATION OF COMPLAINT:
Israel CARABEO-Gomez,
Fermin CHAPARRO-Carrillo

Material witnesses BARTOLON, BONIFACIO and CISNEROS stated that they illegally crossed into the United States on August 16, 2021, during the evening. Material witnesses BARTOLON, BONIFACIO and CISNEROS stated that they made illegal entry by walking around the United States/Mexico International Border Fence and then walking through the mountains. Material witness CISNEROS stated that they were being smuggled with the assistance of two foot-guides. Material witnesses BONIFACIO and CISNEROS stated that CHAPARRO was leading and giving instructions when to move, rest and walk.

Material witness BARTOLON stated that he made direct smuggling arrangement with defendant Israel CARABELLO-Gomez. It was arranged that CARABELLO was going to smuggle BARTOLON by entering illegally through several canyons. Material witness BARTOLON stated that CARABELLO was leading his group and was giving instructions when to walk and when to rest. Material witness BARTOLON stated that once the group arrived at the load up spot, CARABELLO got on his cellphone and called someone to come and pick them up.

Material witnesses BARTOLON, BONIFACIO and CISNEROS stated that when the vehicle pulled up, the driver instructed them to get in. Material witnesses BARTOLON, BONIFACIO and CISNEROS stated that after entering the vehicle, the driver sped away and then realized that Border Patrol vehicles were behind them. Material witnesses BARTOLON and BONIFACIO stated that they asked the driver to stop and feared for their life because the driver was driving fast and recklessly. Material witnesses BARTOLON, BONIFACIO and CISNEROS identified via photographic lineup, E.T.C as the driver of the load vehicle. Material witnesses BONIFACIO and CISNEROS identified via photographic line-up, defendants Fermin CHAPARRO-Carrillo and Israel CARABELLO-Gomez as the foot-guides in this event.